■ In the Matter of the Estate of MICHAEL SKALKO, Deceased. JULLAINE COCHRANE, Appellant; MICHAEL E. SKALKO, Respondent.—Appeal from an order of the Surrogate's Court of Chemung County (Danaher, Jr., S.), entered July 20, 1987, which, inter alia, denied petitioner's application to set aside a stipulation determining the title to certain real property.

Order affirmed, without costs, upon the opinion of Surrogate William A. Danaher, Jr. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Mercure, JJ., concur.